461 A.2d 890

Tranguch, Appellant v. Hoffer.

Argued March 9, 1982.  Richard J. Marusak, for appellant;  Chester F. Dudick, Jr., for appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.